**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**SEALED DEFENDANT, Defendant–Appellant.**

No. 06–4665.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 21, 2006.

Decided: Nov. 29, 2006.

---

Sealed Defendant, Appellant Pro Se. Jill Westmoreland Rose, Amy Elizabeth Ray, Office of the United States Attorney, Asheville, North Carolina, for Appellee.

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

The Sealed Defendant appeals the district court's order denying his motion for suppression of a search warrant and for the return of property. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Sealed Defendant*, No. 1:04–mj–00063 (W.D.N.C. June 14, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*